NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN E. WATKINS,                              )
                                             )
            Appellant,                        )
                                             )
v.                                            )          Case No. 2D19-641
                                             )
STATE OF FLORIDA,                             )
                                             )
            Appellee.                         )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Neil A. Roddenbery,
Judge.

John E. Watkins, pro se.


PER CURIAM.

            Affirmed.  See §§ 775.082(3)(a)(4), 800.04(5)(a), (5)(b), Fla. Stat. (2005);

Rochester v. State, 140 So. 3d 973 (Fla. 2014); Carbajal v. State, 75 So. 3d 258 (Fla.

2011); Tingley v. State, 549 So. 2d 649 (Fla. 1989); State v. King, 426 So. 2d 12 (Fla.

1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So.

3d 132 (Fla. 2d DCA 2009); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006);

Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d

1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd

v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832 So. 2d 946 (Fla. 5th

DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.